IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO ANDRE RUSHING,

        Plaintiff,                No. CIV S-07-1819 LEW KJM P

    vs.

SCOTT KERNAN, et al.,

        Defendants.        ORDER

_____/

        On December 13, 2007, the Magistrate Judge issued an order dismissing plaintiff's complaint with leave to amend. On January 11, 2008, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of December 13, 2007 is therefore untimely.

/////

/////

/////

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's January 11, 2008
2 request for reconsideration is denied.

4 DATED: March 3, 2008

                                                            /s/ Ronald S.W. Lew
                                                      Honorable Ronald S.W. Lew
                                                      Senior, U.S. District Court Judge