IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO ANDRE RUSHING,

    Plaintiff,                    No. CIV S-07-1819 LEW KJM P

    vs.

SCOTT KERNAN, et al.,

    Defendants.           <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 6, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On March 24, 2008, plaintiff filed a document which the court construes as objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire

/////

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The findings and recommendations (docket no. 13), are adopted in full; and
5        2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R.
6  Civ. P. 41(b).
7  DATED: March 28, 2008

```
                                            /s/ Ronald S. W. Lew
                                            UNITED STATES DISTRICT JUDGE
```

/rush1819.804